No. D-1051. IN RE DISBARMENT OF URROZ. It is ordered that Luis F. Urroz, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1052. IN RE DISBARMENT OF CAVACOS. It is ordered that Theodore Andrew Cavacos, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1053. IN RE DISBARMENT OF MICHALEK. It is ordered that James J. Michalek, of Lackawanna, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90-1846. DENTON, DIRECTOR OF CORRECTIONS OF CALIFORNIA, ET AL. v. HERNANDEZ. C. A. 9th Cir. [Certiorari granted, *ante*, p. 937.] Motion for appointment of counsel granted, and it is ordered that Richard W. Nichols, Esq., of Sacramento, Cal., be appointed to serve as counsel for respondent in this case.

No. 90-1947. YEE ET AL. v. CITY OF ESCONDIDO, CALIFORNIA. Ct. App. Cal., 4th App. Dist. [Certiorari granted, *ante*, p. 905.] Motion of petitioners to consolidate this case with No. 90-1824, *Palomar Mobilehome Park Assn.* v. *City of San Marcos, California,* denied.

No. 91-522. SAUDI ARABIA ET AL. v. NELSON ET UX. C. A. 11th Cir.; and
No. 91-540. CHANCE v. SOUTH CAROLINA. Sup. Ct. S. C. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91-6084. IN RE KARNA. Petition for writ of mandamus denied.

No. 91-453. LUCAS v. SOUTH CAROLINA COASTAL COUNCIL. Sup. Ct. S. C. Certiorari granted.